## UNITED STATES *versus* JOSIAH GODDARD

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 261; (2) dismissed *p. 325.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for judgment of nonsuit; (4) sheriff's bill of fees. *1821 Calendar*, MS p. 61.

## UNITED STATES *versus* JOSIAH GODDARD

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 261; (2) dismissed *p. 325.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for judgment of nonsuit; (4) sheriff's bill of fees. *1821 Calendar*, MS p. 62.

## LEANDER TREMBLÉ *versus* PETER VAN EVERY

JOURNAL ENTRIES (1821–26): *Journal 3:* (1) Continued *p. 262; (2) order for judgment *p. 341; (3) referred *p. 364; (4) continued *p. 443. *Journal 4:* (5) Remand, procedendo MS p. 27; (6) judgment for costs MS p. 94.